Alejandro Apodaca MIRANDA; Maria
Xochil Lopez Moreno; Manuel Alejandro Apodaca Lopez; Luis Javier
Apodaca Lopez, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–77399.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007.*

Filed April 25, 2007.

Ronald G. Finch, Esq., Phoenix, AZ, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Aviva L. Poczter, Esq., John W. Blakeley, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Alejandro Apodaca Miranda and his family, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *See Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

In their opening brief, Petitioners fail to address, and therefore have waived any challenge to, the BIA's determination that the evidence they submitted with the motion to reopen was not new or previously unavailable. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996)

(holding issues which are not specifically raised and argued in a party's opening brief are waived).

We agree with the BIA's conclusion that the performance by former appellate counsel did not result in prejudice to Petitioners, and thus their claim of ineffective assistance of counsel fails. *See Rojas–Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir.2003) (to prevail on an ineffective assistance of counsel claim, a petitioner must demonstrate prejudice).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.